**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In re C. R. Bard, Inc.***
***Pelvic System Products Liability Litigation***
***MDL No. 2187***

**Civil Action No.** 2:16-cv-11633

---

# SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Veronica Madsen

2. Plaintiff Husband

   James Madsen

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Illinois

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   Northern District of Illinois

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. C. R. Bard, Inc. ("Bard")

   ☐ B. Sofradim Production SAS ("Sofradim")

☐ C. Tissue Science Laboratories Limited (“TSL”)

☐ D. Ethicon, Inc.

☐ E. Johnson & Johnson

☐ F. American Medical Systems, Inc. (“AMS”)

☐ G. Boston Scientific Corporation

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. (“DIMA”)

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

8.

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6, 7, 8.

b. Other allegations of jurisdiction and venue

N/A

________________________________________

________________________________________

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. The Align Urethral Support System;
- ☑ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.
- ☐ S. Other

____________________________

____________________________

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- [ ] A. The Align Urethral Support System;
- [x] B. The Align TO Urethral Support System;
- [ ] C. The Avaulta Anterior BioSynthetic Support System;
- [ ] D. The Avaulta Posterior BioSynthetic Support System;
- [ ] E. The Avaulta Plus Anterior Support System;
- [ ] F. The Avaulta Plus Posterior Biosynthetic Support System;
- [ ] G. The Avaulta Solo Anterior Synthetic Support System;
- [ ] H. The Avaulta Solo Posterior Synthetic Support System;
- [ ] I. The InnerLace BioUrethral Support System;
- [ ] J. The Pelvicol Acellular Collagen Matrix;
- [ ] K. The PelviLace BioUrethral Support System;
- [ ] L. The PelviLace TO Trans-obturator BioUrethral Support System;
- [ ] M. The PelviSoft Acellular Collagen BioMesh;
- [ ] N. The Pelvitex Polypropylene Mesh;
- [ ] O. The Uretex SUP Purbourethral Sling;
- [ ] P. The Uretex TO Trans-obturator Urethral Support System;
- [ ] Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- [ ] R. The Uretex TO3 Trans-obturator Urethral Support System.
- [ ] S. Other

______________________________

______________________________

11. Date of Implantation as to Each Product

02/04/2016

12. Hospital(s) where Plaintiff was implanted (including City and State)

Central DuPage Hospital

(Winfield, IL)

13. Implanting Surgeon(s)

Radha Krishna Upputuri, MD

14. Counts in the Master Complaint brought by Plaintiff(s)

☑ Count I

☑ Count II

☑ Count III

☑ Count IV

☑ Count V

☑ Count VI

☑ Count VII (by the Husband)

☑ Count VIII

☐ Other ______ (please state the facts supporting this Count in the space, immediately below)

☐ Other ______ (please state the facts supporting this Count in the space, immediately below)

s/ Jacob W. Plattenberger
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Jacob W. Plattenberger IL # 6297431
TorHoerman Law LLC
227 W. Monroe Street, Suite 2650
Chicago, IL 60606
(312)372-4800
(312)284-4914 (fax)
jake@thlawyer.com